# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABDUL QUDOOS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:17-cv-01459-MHH-HNJ |
| JOHN E. KELLY, Secretary of the Department of Homeland Security, et al., | ) ) ) ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On April 24, 2018, the United States Postal Service returned petitioner Abdul Qudoos's copy of this Court's April 4, 2018 order (Doc. 7) to the Clerk with the following notations: "Return to Sender," "Refused," and "Unable to Forward." (*See* Doc. 8). A search for Mr. Qudoos by his full name, A-number, and country of origin on the U.S. Immigration and Customs Enforcement ("ICE") website did not produce results, which suggests that ICE currently is not holding Mr. Qudoos in a detention facility. (*See* https://locator.ice.gov). Therefore, on April 26, 2018, the magistrate judge ordered the parties "to show cause in writing within twenty (20) days from the entry date of this Order why the petition for writ of habeas corpus should not be dismissed as moot." (Doc. 9).

On May 3, 2018, the respondents filed a motion to dismiss this action as moot because Mr. Qudoos was removed from the United States to Pakistan on February 12, 2018. (Doc. 10; Doc. 10-1).

Article III of the Constitution limits the jurisdiction of federal courts to the consideration of "cases or controversies." U.S. CONST. art. III, § 2. The doctrine of mootness is derived from this limitation because "an action that is moot cannot be characterized as an active case or controversy." *Adler v. Duval Cnty. Sch. Bd.*, 112 F.3d 1475, 1477 (11th Cir. 1997). A court must dismiss a case as moot if the court no longer can provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted).

In his petition, Mr. Qudoos seeks to be released from ICE custody. Because Mr. Qudoos no longer is in ICE custody, the Court cannot provide meaningful relief, and Mr. Qudoos's petition is moot. Accordingly, the Court will grant the respondent's motion to dismiss.

The Court will enter a separate final order.

**DONE** and **ORDERED** this May 21, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE